IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                    :      Chapter 13


Charlie Stratton          :      No.  22-10808-MDC
   Debtor



CERTIFICATE OF SERVICE

I, David M. Offen, Esquire, Attorney for the above-named
Debtor(s) hereby certify that a copy of the Amended Statement of
Social Security Number has been served on the creditor matrix.



Date:  April 19, 2022        /s/ David M. Offen
                             David M. Offen
                             Attorney for Debtor(s)