IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Charlie Stratton | : | No.  22-10808-MDC |
| Debtor | : | |

ANSWER TO MOTION OF PENNYMAC LOAN SERVICES, LLC
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
AND CERTIFICATE OF SERVICE

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. No objection.

11. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 08/05/2022

A copy of this Answer is being served on REBECCA ANN SOLARZ, Esquire, and the Chapter 13 Trustee.