United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charlie Stratton  
　　Debtor

Case No. 22-10808-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　Page 1 of 3  
Date Rcvd: Dec 15, 2022　　　　　　　　Form ID: 155　　　　　　　　Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol　　Definition**

+ 　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^ 　　Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlie Stratton, 905 N. Fallon Street, Philadelphia, PA 19131-5120 |
| 14680373 | | LCA, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14682483 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14695094 | + | Email/PDF: pa_dc_ed@navient.com | Dec 16 2022 00:28:16 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14693972 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:18 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14680369 | ^ | MEBN | Dec 16 2022 00:22:01 | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 14692471 | | Email/Text: megan.harper@phila.gov | Dec 16 2022 00:27:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14682106 | + | Email/Text: documentfiling@lciinc.com | Dec 16 2022 00:27:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14680370 | | Email/Text: documentfiling@lciinc.com | Dec 16 2022 00:27:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 14680371 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 16 2022 00:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14680372 | + | Email/Text: bknotice@ercbpo.com | Dec 16 2022 00:27:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 14680385 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 16 2022 00:27:00 | NJ E-ZPass, Violations Processng Center, PO Box 4971, Trenton, NJ 08650 |
| 14694904 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Dec 16 2022 00:27:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, Woodbridge, NJ 07095 |
| 14680374 | + | Email/PDF: pa_dc_claims@navient.com | Dec 16 2022 00:28:22 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680375 | + | Email/PDF: pa_dc_ed@navient.com | Dec 16 2022 00:28:22 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14680386 | | Email/Text: bankruptcygroup@peco-energy.com | Dec 16 2022 00:27:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14684664 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 16 2022 00:27:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14680388 | + | Email/PDF: ebnotices@pnmac.com | Dec 16 2022 00:28:18 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14685861 | + | Email/PDF: ebnotices@pnmac.com | Dec 16 2022 00:28:18 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14680389 | + | Email/Text: ngisupport@radiusgs.com | Dec 16 2022 00:27:00 | Radius Global Solution, 9550 Regency Square, Jacksonville, FL 32225-8116 |
| 14680390 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 16 2022 00:28:12 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14680376 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680377 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680378 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680379 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680380 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680381 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680382 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680383 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680384 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680387 | * | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Charlie Stratton dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2022 | Form ID: 155 | Total Noticed: 21 |

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charlie Stratton
      Debtor(s)

Chapter: 13

Bankruptcy No: 22−10808−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 15, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                              Magdeline D. Coleman
                              Chief Judge ,
                              United States Bankruptcy Court