IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :       Chapter 13

Charlie Stratton                :       No.  22-10808-MDC
  Debtor

CERTIFICATION OF NO RESPONSE TO MOTION TO MODIFY PLAN

   I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Date:  November 2, 2023          /s/ David M. Offen
                                                 David M. Offen
                                                 Attorney for Debtor(s)