United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-10808-djb

Charlie Stratton     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Aug 13, 2025     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charlie Stratton, 905 N. Fallon Street, Philadelphia, PA 19131-5120 |
| 14680373 | | LCA, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14682483 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 14 2025 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 14 2025 00:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14695094 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 14 2025 00:41:50 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14693972 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 14 2025 00:42:24 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14680369 | ^ | MEBN | Aug 14 2025 00:36:05 | Atlantic Capital Bank, Attn: Bankruptcy, Po Box 550889, Atlanta, GA 30355-3389 |
| 14692471 | | Email/Text: megan.harper@phila.gov | Aug 14 2025 00:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14682106 | + | Email/Text: documentfiling@lciinc.com | Aug 14 2025 00:43:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14680370 | | Email/Text: documentfiling@lciinc.com | Aug 14 2025 00:43:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 14680371 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 14 2025 00:44:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14680385 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 14 2025 00:43:00 | NJ E-ZPass, Violations Processng Center, PO Box 4971, Trenton, NJ 08650 |
| 14694904 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Aug 14 2025 00:43:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, Woodbridge, NJ 07095 |
| 14680374 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 14 2025 00:41:53 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680375 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 14 2025 00:41:54 | Navient Solutions Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14680386 | | Email/Text: bankruptcygroup@peco-energy.com | Aug 14 2025 00:43:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14684664 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 14 2025 00:43:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14680388 | + | Email/PDF: ebnotices@pnmac.com | Aug 14 2025 00:53:04 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14685861 | + | Email/PDF: ebnotices@pnmac.com | Aug 14 2025 00:53:02 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14680389 | + | Email/Text: ngisupport@radiusgs.com | Aug 14 2025 00:43:00 | Radius Global Solution, 9550 Regency Square, Jacksonville, FL 32225-8116 |
| 14825937 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 14 2025 00:53:12 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14680390 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 14 2025 00:53:12 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14680376 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680377 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680378 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680379 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680380 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680381 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680382 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680383 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680384 | *+ | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14680387 | * | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14680372 | ##+ | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |

TOTAL: 0 Undeliverable, 10 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025     Signature:     /s/Gustava Winters

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Aug 13, 2025 Form ID: pdf900 Total Noticed: 23

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Charlie Stratton dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Charlie Stratton | : | |
| **Debtor** | : | **Bankruptcy No.** 22-10808-djb |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

      1. This chapter 13 bankruptcy case is **DISMISSED**.

      2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

      3. Any wage orders previously entered are **VACATED**.

      4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

      5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

      6. Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor(s) shall file either: (a) a Certification of No Response confirming that either an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

      7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**August 13, 2025**
_____      _____
**DATED**                                **HONORABLE DEREK J. BAKER**
                                        **UNITED STATES BANKRUPTCY JUDGE**