```
        IN THE UNITED STATES BANKRUPTCY COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA


      IN RE:              :     CHAPTER 13
                          :
      Charlie Stratton    :     NO.  22-10808-djb
          Debtor          :
```

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.


Dated: 09/09/2025                /s/ David M. Offen
                                 David M. Offen
                                 Attorney for Debtor(s)
                                 The Curtis Center
                                 601 Walnut Street, Suite 160 West
                                 Philadelphia, PA 19106
                                 215-625-9600
                                 info@offenlaw.com